**GOOD LAW, P.C.**
Gregory E. Good, SB# 014445
FOOTHILLS CORPORATE CENTER
3430 E. SUNRISE DRIVE, SUITE 270
TUCSON, ARIZONA 85718
TELEPHONE: (520) 628-8221
FACSIMILE: (520) 547-0394
Of Counsel with Duffield, Adamson & Helenbolt, P.C.
Attorney for Creditor Login, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

NIMBUS BREWING COMPANY, LLC,

Debtor.

Case No.: 4:12-bk-08122-EWH

**LOGIN, INC.'S OBJECTION TO DEBTOR'S PLAN OF REORGANIZATION**

(Chapter 11)

Creditor Login, Inc., hereby objects to the Debtor's Plan of Reorganization because it seeks to create an expansion of the Debtor rather than simply a reorganization. Login, Inc. submitted its ballot and voted against the plan.

The Disclosure Statement taken together with the Plan of Reorganization clearly announces the company has returned to profitability[1] and seeks to enjoy an expansion of the company into California, Georgia and New Mexico.[2] This hardly justifies the cram down of the Class 12 unsecured creditors by 50%, and stretched out over ten years.

The Monthly Operating Reports for the first eight months of 2013 include seven Quick Books monthly P & Ls.[3] The seven Quick Books reports when added together reflect a total of $71,806.89 in profits *after* over $10,000.00 per month in wages to the Manager, including the member, James Counts.

---

[1] Amended Disclosure Statement Section 2.6.
[2] Amended Disclosure Statement Section 2.3.
[3] The reported monthly profits never match the Quick Books reports which is a cause for concern and should be construed against the Debtor.

Login respectfully submits that this rehabilitated company can afford to pay the Class 12 unsecured creditors 100% of their claims. There appear to be only approximately $105,000.00 in Class 12. At the current rate of profits, which is expected to rise 5-8%,[4] the Class 12 creditors could be paid in one year and leave the rehabilitation intact.

Last, pursuant to item two of the Court's Minute Entry, the Amended Disclosure Statement was meant to be updated to include a fair valuation of goodwill in the liquidation analysis. The Debtor, in response to the Court, briefly and disingenuously stated that the goodwill was not "much of anything at all." However, the debtor went on to brag about its awards[5] then claimed that New Way Restaurants and Don Brandon were making "significant monies off the Nimbus Logo and Artwork."[6] It appears that the Debtor, by underestimating its assets, is seeking to use the Court as a tool to wrongfully deprive the unsecured creditors of their rightful claims.

Login, Inc. respectfully requests that the Court reject the Plan as to Class 12 and order that Class 12 be paid 100% of the allowed claims within a one or two year period at 4%.

DATED this 15th day of October, 2013.

**GOOD LAW, P.C.**

/s/ Gregory E. Good
Gregory E. Good
Attorney for Creditor Login, Inc.

Original of the foregoing filed electronically
this 15th day of October, 2013 with:

United States Bankruptcy Court
Tucson Division
38 South Scott Avenue
Tucson, AZ 85701

---

[4] Amended Disclosure Statement Section 2.6.
[5] Amended Disclosure Statement at p. 13.
[6] Amended Disclosure Statement at Section 2.4.

- 2 -

Copy of the foregoing mailed
this 15th day of October, 2013 to:

Eric Slocum Sparks, Esq.
Law Offices of Eric Slocum Sparks, PC
110 S. Church Ave., #2270
Tucson, AZ 85701
Attorney for Debtor

Ilene J. Lashinsky
U.S. Trustee
Christopher J. Pattock
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, AZ 85003

*/s/ Gloria McNeal*

GOOD LAW, P.C.
FOOTHILLS CORPORATE CENTER
3430 E. SUNRISE DRIVE, SUITE 270
TUCSON, ARIZONA 85718
TELEPHONE: (520) 628-8221 FACSIMILE: (520) 547-0394