Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue, #2270
Tucson, Arizona 85701
Telephone (520) 623-6330
Facsimile (520) 623-9157
eric@ericslocumsparkspc.com

*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:                                    )
                                          )
NIMBUS BREWING COMPANY, LLC               )      No. 4:12-bk-08122-EWH
                                          )
                                          )      (Chapter 11)
                                          )
          Debtor.                         )      NOTICE OF FILING MONTHLY
                                          )      FINANCIAL REPORT -
                                          )      NOVEMBER 2013
_____)

     NOTICE IS HEREBY GIVEN that on December 19, 2013, the Debtor, through the undersigned

counsel, filed the attached Monthly Operating Report for the period of November 2013, *for the Debtor*

*Nimbus Brewing Company, LLC.*

          DATED December 19, 2013

                                   *THE LAW OFFICES OF*
                                   *ERIC SLOCUM SPARKS, P.C.*


                                   /s/ Sparks AZBAR #11726
                                   Eric Slocum Sparks
                                   Attorney for Debtor

COPIES of the foregoing
mailed December 19, 2013 to:

United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003


/s/ IY Madrid

B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

### District of Arizona

In re NIMBUS BREWING COMPANY, LLC ,     Case No. 4:12-bk-08122-JMM
_____Debtor_____

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: November 2013

Date filed: _____

Line of Business: Brewery

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_____James C. Counts_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 259523.93

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 10981.13

Cash on Hand at End of Month $ 81627.05

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL $ 81627.05

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 188878.01

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 259,523.93

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 188878.01

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH $ 70,645.92

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  17

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  17

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?

$ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?

$ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?

$ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?

$ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                     $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                   $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:               $

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT A

You may insert a brief statement here about when your tax return will be filed and/or when the payment of any taxes due will be made, as well as the source of the funds.

If your response is short, you may also insert the information directly onto page 2 of the monthly report form.

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT B

November 2013

| Chase Bank | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| | Operating | Payroll | Tax | Other | Total |
| | # C345 | # | # | # | |

| Cash on Hand at Beginning of Month | 1088.13 | | | | |
|---|---|---|---|---|---|

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Cash Sales | | | | | |
| Accounts Receivable - Prepetition | | | | | |
| Accounts Receivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other (attach a list or details) | | | | | |
| | | | | | |
| TOTAL INCOME | 15153393 | | | | |

| TOTAL DISBURSEMENTS (Exhibit C) | 18867801 | | | | |
|---|---|---|---|---|---|

| Cash on Hand at End of Month | 6112.02 | | | | |
|---|---|---|---|---|---|

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT C

## EXPENSE DETAIL

November 2013

Account # 0345

Bank Name Chase

| Cash/Electronic Payments | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | See Attached | |
| | | | |
| | | Total Cash/Electronic Payments | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | See Attached | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total checks listed on this page | |
| | | | Total checks listed on continuation pages | |

| TOTAL WITHDRAWALS FOR THE MONTH (include cash/electronic payments) | 188,878.01 |
|---|---|

| SUBTRACT ALL TRANSFERS BETWEEN DEBTOR-IN-POSSESSION ACCOUNTS | 0 |
|---|---|

| ADD ALL PAYMENTS MADE BY THIRD PARTIES (attach a detailed list) | 0 |
|---|---|

| TOTAL EXPENSES PAID FOR THE MONTH (include cash/electronic payments) | 188,878.01 |
|---|---|

*This should be the same as the amount shown on the monthly report, page 2 and on Exhibit B*

# EXHIBIT C

November 2013

## EXPENSE DETAIL - Continuation Sheet

Deposits + Additions

Account # C 345

Bank Name Chase

| | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 11-1-13 | DAILY | CASH | 271.35 |
| | 11-1-13 | DAILY | CASH | 315.00 |
| | 11-1-13 | DAILY | CASH | 83.83 |
| | 11-1-13 | DAILY | CASH | 74.65 |
| | 11-1-13 | BISTRO | BEER PURCHASE | 1236.50 |
| | 11-1-13 | AM EXPRESS | SETTLEMENT | 63.54 |
| | 11-4-13 | HOME DEPOT | CARD PURCHASE RETURN | 60.54 |
| | 11-4-13 | LIBERTY MUTUAL | INSURANCE CLAIM PYMT | 138893.00 |
| | 11-4-13 | DAILY | CASH | 812.72 |
| | 11-4-13 | DAILY | CASH | 34.29 |
| | 11-4-13 | DAILY | CASH | 19.65 |
| | 11-4-13 | ALLIANCE | PYMT | 2372.75 |
| | 11-4-13 | PYMT TECH | SETTLEMENT | 1762.40 |
| | 11-4-13 | PYMT TECH | CC SETTLEMENT | 1156.35 |
| | 11-4-13 | PYMT TECH | CC SETTLEMENT | 983.55 |
| | 11-4-13 | AM EXPRESS | SETTLEMENT | 145.03 |
| | 11-4-13 | AMEXPRESS | SETTLEMENT | 30.41 |
| | 11-5-13 | PYMT TECH | CC SETTLEMENT | 446.35 |
| | 11-5-13 | AMEXPRESS | SETTLEMENT | 128.58 |
| | 11-5-13 | PYMT TECH | CHASE BACK | 31.90 |
| | 11-6-13 | PYMT TECH | SETTLEMENT | 693.38 |
| | 11-6-13 | AM EXPRESS | SETTLEMENT | 245.34 |
| | 11-7-13 | PYMT TECH | CC SETTLEMENT | 656.75 |
| | 11-8-13 | PYMT TECH | CC SETTLEMENT | 674.95 |
| | 11-8-13 | AM EXPRESS | SETTLEMENT | 84.65 |
| | 11-12-13 | BISTRO | BEER PURCHASE | 1673.00 |
| | 11-12-13 | DAILY | CASH | 847.00 |

**TOTAL CHECKS - THIS PAGE** 173435.64

CASE NAME: NIMBUS BREWING COMPANY, LLC.
CASE NO.: 4:12-bk-08122-JMM

2.

# EXHIBIT C

November 803

## EXPENSE DETAIL - Continuation Sheet

DEPOSITS + ADDITIONS                    Account # 0345

Bank Name Chase

| r | Date | Payee | Purpose | Amount |
|---|------|-------|---------|--------|
| | 11-12-13 | DAILY | CASH | |
| | 11-12-13 | DAILY | CASH | 548.65 |
| | 11-12-13 | DAILY | CASH | 370.85 |
| | 11-12-13 | DAILY | CASH | 130.00 |
| | 11-12-13 | DAILY | CASH | 115.65 |
| | 11-12-13 | DAILY | CASH | 97.75 |
| | 11-12-13 | DAILY | CASH | 89.05 |
| | 11-12-13 | DAILY | CASH | 83.80 |
| | 11-12-13 | PYMT TECH | CC SETTLEMT | 64.50 |
| | 11-12-13 | PYMT TECH | CC SETTLEMT | 1800.65 |
| | 11-12-13 | PYMT TECH | CC SETTLEMT | 1579.55 |
| | 11-12-13 | PYMT TECH | CC SETTLEMT | 713.00 |
| | 11-12-13 | AM EXPRESS | SETTLEMT | 469.65 |
| | 11-12-13 | AM EXPRESS | SETTLEMENT | 341.56 |
| | 11-12-13 | AM EXPRESS | SETTLEMENT | 279.54 |
| | 11-13-13 | PYMT TECH | SETTLEMT | 194.86 |
| | 11-13-13 | AM EXPRESS | SETTLEMT | 99.60 |
| | 11-14-13 | GEYSER BEV | BEER PURCHASE | 118.93 |
| | 11-14-13 | DAILY | CASH | 14401.25 |
| | 11-14-13 | DAILY | CASH | 160.65 |
| | 11-14-13 | PYMT TECH | PYMT | 81.45 |
| | 11-14-13 | PYMT TECH | CC SETTLEMT | 1868.25 |
| | 11-14-13 | AM EXPRESS | SETTLEMT | 1454.85 |
| | 11-15-13 | DAILY | CASH | 35.53 |
| | 11-15-13 | PYMT TECH | SETTLEMT | 903.80 |
| | 11-15-13 | AM EXPRESS | SETTLEMT | 1356.76 |
| | 11-18-13 | TRAVIS HURLES | CC PURCHASE RETURN | 1859.00 |

| | | TOTAL CHECKS - THIS PAGE | 46100.01 |

# EXHIBIT C

3

November 2013

## EXPENSE DETAIL - Continuation Sheet

Deposits + Additions

Account # 03US

Bank Name Chase

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 11·18·13 | Bistro | BEER PURCHASE | 1318.00 |
| | 11·18·13 | DAILY | CASH | 144.70 |
| | 11·18·13 | DAILY | CASH | 133.91 |
| | 11·18·13 | PYMT TECH | CC SETTLEMENT | 2177.20 |
| | 11·18·13 | PYMT TECH | CC SETTLEMENT | 1472.45 |
| | 11·18·13 | AM EXPRESS | SETTLEMENT | 1053.00 |
| | 11·18·13 | AM EXPRESS | SETTLEMENT | 828.38 |
| | 11·19·13 | PYMT TECH | SETTLEMENT | 853.34 |
| | 11·19·13 | AM EXPRESS | SETTLEMENT | 708.04 |
| | 11·20·13 | BILL PRICE | PYMT | 173.64 |
| | 11·20·13 | PYMT TECH | CC SETTLEMENT | 1338.00 |
| | 11·20·13 | AM EXPRESS | SETTLEMENT | 666.86 |
| | 11·21·13 | PYMT TECH | SETTLEMENT | 48.54 |
| | 11·22·13 | BISTRO | BEER PURCHASE | 1058.00 |
| | 11·22·13 | DAILY | CASH | 1343.00 |
| | 11·22·13 | DAILY | CASH | 268.10 |
| | 11·22·13 | DAILY | CASH | 136.64 |
| | 11·22·13 | DAILY | GEL | 117.99 |
| | 11·22·13 | PYMT TECH | CC SETTLEMENT | 16.83 |
| | 11·23·13 | AM EXPRESS | SETTLEMENT | 1369.30 |
| | 11·25·13 | PYMT TECH | CC SETTLEMENT | 81.49 |
| | 11·25·13 | PYMT TECH | CC SETTLEMENT | 1061.75 |
| | 11·25·13 | PYMT TECH | CC SETTLEMENT | 1194.55 |
| | 11·25·13 | AM EXPRESS | SETTLEMENT | 984.45 |
| | 11·25·13 | AM EXPRESS | SETTLEMENT | 678.08 |
| | 11·26·13 | FERGUSONS | CC RETURN PURCHASE | 12.21 |

| | | | TOTAL CHECKS - THIS PAGE | 45190.64 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

4

# EXHIBIT C

November 2013

## EXPENSE DETAIL - Continuation Sheet

Deposits & Additions

Account # 0345

Bank Name Chase

| | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 11.26.13 | DAILY | CASH | |
| | 11.26.13 | DAILY | CASH | 239.05 |
| | 11.26.13 | DAILY | CASH | 134.20 |
| | 11.26.13 | PYMT TECH | CC SETTLMNT | 57.85 |
| | 11.26.13 | Am Express | Settlement | 151.65 |
| | 11.27.13 | Alliance | PYMT | 88.53 |
| | 11.27.13 | PYMT TECH | CC SETTLEMENT | 10,447.80 |
| | 11.27.13 | AMEXPRESS | SETTLMNT | 573.65 |
| | 11.28.13 | DAILY | CASH | 81.92 |
| | 11.28.13 | DAILY | CASH | 228.19 |
| | 11.29.13 | PYMT TECH | SETTLMENT | 146.80 |
| | 11.29.13 | PYMT TECH | CC SETTLEMENT | 1,062.45 |
| | 11.29.13 | Am Express | SETTLEMENT | 1,064.36 |
| | 11.29.13 | Am Express | SETTLEMENT | 56.93 |
| | | | | 10.36 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL CHECKS - THIS PAGE | 14,651.40 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT C

November 2013

## EXPENSE DETAIL - Continuation Sheet

Atm + Debit Card
Withdrawals

Account # ___2345___

Bank Name ___Chase___

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 11-1-13 | Home Depot | | 74.90 |
| | 11-4-13 | Recycle | Security System | 186.55 |
| | 11-4-13 | Home Depot | | 6.79 |
| | 11-5-13 | amazon.com | Work Boots Rubber Bar | 28.04 |
| | 11-5-13 | amazon.com | Work Boots Rubber Bar | 26.68 |
| | 11-5-13 | amazon.com | Work Boots Rubber Bar | 26.68 |
| | 11-5-13 | Petco Holding | Kitchen /Food | |
| | 11-6-13 | Petco | Bar | 10.22 |
| | 11-6-13 | Amazon.com | Work Boots Rubber Bar | 41.90 |
| | 11-6-13 | Central Bros | Bags Premium | 52.92 |
| | 11-6-13 | Central Bros | Bags Premium | 1085.95 |
| | 11-6-13 | Central Bros | Bags Premium | 741.00 |
| | 11-6-13 | Amazon | Auto Sim | 540.81 |
| | 11-7-13 | Saline Lime Maxm | Bathroom Sys | 94.44 |
| | 11-8-13 | Quick Trip | Gas/ Truck Delivery | 5490.00 |
| | 11-8-13 | USPS | Shipping | 54.82 |
| | 11-8-13 | Bar Depot | | 10.40 |
| | 11-12-13 | ars.com | Internet | 80.70 |
| | 11-12-13 | Bar Depot | | 1.99 |
| | 11-13-13 | Recycle Inc | Security System | 61.04 |
| | 11-13-13 | Travels Hotels | Rep Replacement bar Cons | 1639.05 |
| | 11-14-13 | Petco Holdings | Kitchen Food | |
| | 11-14-13 | Petco | Bar | 93.53 |
| | 11-14-13 | Bar | Shipping/Bar Trucks | 35.16 |
| | 11-14-13 | Office Max | Office Supplies | 756.31 |
| | 11-21-13 | Office Max | Office Supplies | 43.34 |
| | 11-16-13 | FedEx | Shipping Bills | 65.06 |
| | | | | 1149.30 |

| | | **TOTAL CHECKS - THIS PAGE** | | 12,718.31 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

2

## EXHIBIT C

November 2013

### EXPENSE DETAIL - Continuation Sheet

ATM + DEBIT CARD
WITHDRAWALS

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 11-15-13 | HANDBERGER | | 800.00 |
| | 11-15-13 | AUTO ZONE | AUTO PARTS | 95.31 |
| | 11-18-13 | PERKY PASS | AUTO MAINTENANCE | 91.37 |
| | | O'REILLYS | | |
| | 11-18-13 | MYREVLS AUTO | AUTO REPAIRS | 517.03 |
| | 11-18-13 | FEDEX | SHIPPING | 24.31 |
| | 11-18-13 | IDEAL AUTHMAS | | 31.03 |
| | 11-19-13 | GAS | GAS | 184.64 |
| | 11-20-13 | CENTRAL AUTO | | 78.51 |
| | 11-20-13 | ASSOCIATED OIL | BREW GRAINS TANK | 86.51 |
| | 11-22-13 | FERGUSON | REPAIRS / PARTS | 53.62 |
| | 11-20-13 | SAFEWAY | FOOD ITEMS | 78.17 |
| | 11-22-13 | DIRECT TV | CABLE TELEVISION | 338.36 |
| | 11-25-13 | WAL MART | | 265.90 |
| | 11-25-13 | UNIVAR | BREW CHEMICALS | 28.78 |
| | 11-25-13 | VALPAR | GAS BILLS | 3806.75 |
| | | MEDALS | | 46.83 |
| | 11-27-13 | FERGUSONS | | 39.75 |
| | 11-30-13 | FERGUSONS | BREW / MAINTENANCE | 294.44 |
| | 11-30-13 | | BREW / MAINTENANCE | 81.01 |
| | 11-30-13 | PER PUPPING | BREW DRAIN | 916.79 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL CHECKS - THIS PAGE | 8,349.35 |

## EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

Electronic Withdrawals

Account # C345

Bank Name Chase

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | 11-1-13 | Pmdupay | Payroll Taxes | 3589.61 |
| | 11-4-13 | Pmdupay | Workmens Comp Pay | 948.02 |
| | 11-4-13 | Paymt Tech | CC Fee | 839.65 |
| | 11-5-13 | W Northwest | Trailer Ins. Pmt | 10,000. |
| | 11-6-13 | Aflac | Program | 354.66 |
| | 11-6-13 | Releveros | Settlement Fees | 878.47 |
| | 11-7-13 | Tax Services | Cargo Taxroth | 342.84 |
| | 11-7-13 | Chase | Company Checking | 126.48 |
| | 11-7-13 | Aetna | Ins. Pymt | 787.94 |
| | 11-7-13 | Visa | Pymt | 2054.00 |
| | 11-12-13 | State Mgmt | Trash Bill | 206.84 |
| | 11-12-13 | Exise Tax Pymt | Pymt | 251.13 |
| | 11-12-13 | Excise Tax Pymt | Pymt | 156.12 |
| | 11-12-13 | Excise Tax | Pymt | 711.72 |
| | 11-12-13 | Excise Tax | Pymt | 4289.84 |
| | 11-12-13 | Excise Tax | Pymt | 4088.66 |
| | 11-13-13 | Releveros New | Settlement Pymt | 4988.71 |
| | 11-13-13 | City of Tucson | Utility Pymt | 580.00 |
| | 11-13-13 | Pmdupay | Pymt | 1655.94 |
| | 11-13-13 | Pmdupay | Taxes | 357.99 |
| | 11-18-13 | Pmdupay | Workmens Comp | 3477.11 |
| | 11-18-13 | Pmdupay | Payroll Deluxe | 900.59 |
| | 11-20-13 | Releveros | Settlement | 106.60 |
| | 11-30-13 | Pmt Al-Ana | 2nd Pymt | 817.06 |
| | 11-27-13 | Driver of Ale | Settlement | 173.51 |
| | | | | 685.60 |

| | | | TOTAL CHECKS - THIS PAGE | 51,485.11 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

## EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

FEES + OTHER WITH DRAWALS.

Account # 0345

Bank Name CHASE

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5769 | 11-1-13 | AZ DPT OF REV | UTT TAX 2013 | 1478.21 |
| 5766 | 11-1-13 | UC FEDERATION | FEDERAL TAX | 5045.00 |
| 33132 | 11-1-13 | KALI | FED TAXES | 103.00 |
| 33134 | 11-1-13 | | PAYROLL | 412.32 |
| 33134 | 11-1-13 | | PAYROLL | 686.89 |
| 33143 | 11-1-13 | | PAYROLL | 273.35 |
| 33130 | 11-4-13 | | PAYROLL | 668.85 |
| 33140 | 11-4-13 | | PAYROLL | 1047.62 |
| 33135 | 11-4-13 | | PAYROLL | 401.82 |
| 33148 | 11-4-13 | | PAYROLL | 55.74 |
| 5770 | 11-4-13 | | PAYROLL | 65.41 |
| 33134 | 11-4-13 | LMS PIZROD | LANDSCAPE MAT | 507.00 |
| 33138 | 11-4-13 | | PAYROLL | 57.49 |
| 505 | 11-4-13 | DEADBOLT ROD | LANDSCAPE MAT | 186.71 |
| 22 | 11-4-13 | | LANDSCAPE MAT | 259.00 |
| 5770 | 11-5-13 | | PAYROLL | 580.35 |
| 33134 | 11-5-13 | FERGUSONS | STEAM PIPE | 66.51 |
| 33141 | 11-6-13 | | PAYROLL | 749.10 |
| 33142 | 11-6-13 | | PAYROLL | 290.30 |
| 33146 | 11-6-13 | | PAYROLL | 403.49 |
| 5773 | 11-6-13 | | PAYROLL | 171.85 |
| 5771 | 11-6-13 | TOM SCM | FORK LIFT REPAIR | 157.50 |
| 5769 | 11-7-13 | BOTTLE SHOP | BOTTLES | 3446.00 |
| 5775 | 11-7-13 | KALAR | ELECTRIC BILL | 3777.73 |
| 5785 | 11-7-13 | | T-SHIRTS | 446.68 |
| 5783 | 11-7-13 | YELLOW KALEN | PEST CONTROL | 650.00 |
| 5783 | 11-7-13 | SECUR PAGE | RENTAL BIN REM | 127.15 |

| | | | TOTAL CHECKS - THIS PAGE | 30646.47 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

2
Ocotmber
2013

## EXHIBIT C

### EXPENSE DETAIL - Continuation Sheet

FEES + OTHER
WITH DRAWALS

Account # _0345_

Bank Name _CHASE_

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5708 | 11-7-13 | ROLES | FINESS RENTAL | 4581.25 |
| 5710 | 11-8-13 | AIRGAS | FOOD/BEVERAGE | 192.34 |
| 5720 | 11-8-13 | WATER TECH | H2O TEST | 34.65 |
| 5762 | 11-8-13 | RO PLUMBING | PEOPLE TO WORK | 2598.00 |
| 5707 | 11-8-13 | APOGEN | IMPRESSION | 215.80 |
| 5709 | 11-8-13 | US FOODS | FOOD/KITCHEN | 5821.00 |
| 5703 | 11-12-13 | BLUE PRODUCE | RECOLLECTION | 81.03 |
| 5701 | 11-12-13 | BRA HESS VOLL | RECOLLECTION | 1470.85 |
| 5702 | 11-12-13 | MECK | PRODUCE SUPPLY | 1270.04 |
| 33175 | 11-12-13 | | KITCHEN FEED | 685.35 |
| 5760 | 11-12-13 | | PAYROLL | 1185.80 |
| 5710 | 11-12-13 | CARPENTER | WATER SUPPLY | 8486.00 |
| 5716 | 11-12-13 | ECOLAB | SUPPLIES | 541.34 |
| 33155 | 11-12-13 | GRAINGER | BAR - REPAIRS | 159.32 |
| 33155 | 11-12-13 | | PAYROLL | |
| 5762 | 11-12-13 | | PAYROLL | 2786.00 |
| 5790 | 11-14-13 | ALEXANDRA | FEE-SUPPLIES MISC | 193.45 |
| 5768 | 11-14-13 | KATH | CO. REFILL | 375.08 |
| 5815 | 11-15-13 | SWANS | FOOD/KITCHEN | 1104.74 |
| 33158 | 11-15-13 | | FOOD/KITCHEN | 181.70 |
| 35787 | 11-18-13 | CHASE | PAYROLL | 280.30 |
| 33182 | 11-18-13 | | CA PLANT | 1179.13 |
| 33162 | 11-18-13 | | PAYROLL | 580.83 |
| 33154 | 11-18-13 | | PAYROLL | 604.13 |
| 33149 | 11-18-13 | | PAYROLL | 1097.40 |
| 33146 | 11-18-13 | | PAYROLL | 580.00 |
| | | | PAYROLL | 2786.00 |

| | TOTAL CHECKS - THIS PAGE | 35,166.93 |

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

_FEES + OTHER WITHDRAWALS_ (handwritten)

Account # _C345_

Bank Name _CHASE_

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| | | CHECKS ISSUED | | |
| | | | PAYROLL | |
| | 11-18-13 | | PAYROLL | |
| | 11-13-13 | | PAYROLL | 593.90 |
| | 11-18-13 | | PAYROLL | |
| | 11-18-13 | ZOE ELECTRIC | EQUIP REPAIRS | 193.45 |
| | 11-18-13 | | | 500.00 |
| | 11-18-13 | | PAYROLL | 472.32 |
| 5800 | 11-18-13 | | PAYROLL | |
| | 11-18-13 | | LOAN PMT | 109.38 |
| | 11-18-13 | | VENDING / PMT | 276.00 |
| | 11-18-13 | | PAYROLL | 607.37 |
| | 11-18-13 | | PAYROLL | 34.36 |
| | 11-18-13 | GUD HORTRON | EQUIP REPAIRS | 45.70 |
| | 11-18-13 | | PAYROLL | 98.64 |
| 5809 | 11-21-13 | | PAYROLL | 935.14 |
| 5810 | 11-21-13 | | RENT | 313.70 |
| 5811 | 11-26-13 | | | |
| 5822 | 11-26-13 | | | |
| | 11-26-13 | | | 7389.20 |
| 5807 | 11-26-13 | | | 188.84 |
| 5807 | 11-26-13 | | | |
| 5804 | 11-26-13 | | | 2000.00 |
| 5806 | 11-26-13 | | | 870.00 |
| 5802 | 11-26-13 | | | 2537.05 |
| 5803 | 11-26-13 | | | 468.75 |

| TOTAL CHECKS - THIS PAGE | |
|---|---|

_106032.80_ (handwritten)

4

# EXHIBIT C

## EXPENSE DETAIL - Continuation Sheet

November 2013

FEES +OTHER
WITHDRAWALS

Account # 0345

Bank Name Chase

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 5826 | 11-27-13 | Merit Food | Kitchen/Food | 516.91 |
| 5851 | 11-27-13 | KALIL | CO2 Refill | 65.80 |
| 5818 | 11-29-13 | Fergusons | Plumbing parts | 76.34 |
| 5814 | 11-28-13 | Micro tech | BOH/ Repairs | 274.97 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL CHECKS - THIS PAGE | 934.02 |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

## EXHIBIT D

| UNPAID BILLS | Date Incurred | Who is owed the money? | Purpose of the Debt | Amount Owed | Payment Due Date |
|---|---|---|---|---|---|
| Itemize Accounts Payable * | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Itemize Taxes Payable - | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Itemize Notes Payable - | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Itemize Professional Fees Payable - | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Itemize Secured Debt - | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Other - | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Payables (same as page 3 of the report) | | | | | |

*Debtor may attach a separate Accounts Payable list if there are numerous debts.

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT E

TRADE ACCOUNTS RECEIVABLES*

| Who Owes You the Money | Amount Owed | Due Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Accounts Receivable |  |  |
| Less Discounts/Returns/etc. |  |  |
| Net Accounts Receivable |  |  |

OTHER RECEIVABLES

| Amount Owed | Due Date | |
|---|---|---|
| Amounts owed by insiders - |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Amounts owed by employees - |  |  |
|  |  |  |
|  |  |  |
| Amounts owed by others (explain) - |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| TOTAL RECEIVALBLES (same as report, page 3) | |
|---|---|
|  |  |

CASE NAME: NIMBUS BREWING COMPANY, LLC
CASE NO.: 4:12-bk-08122-JMM

# EXHIBIT F

Attach copies of bank statements for all open bank accounts.

If the bank statements do not cover activity from the first day to the last day of the month, attach the statements which include the majority of the applicable month's activity.

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 01, 2013 through November 29, 2013

Account Number:                    15

00000469 DRI 601 151 33413 NNNNNNNNNN  1 000000000 63 0000

NIMBUS BREWING COMPANY LLC
DEBTOR IN POSSESSION
CASE #412BK08122JMM
3850 E 44TH ST
TUCSON AZ 85713-5472

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Español: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

We will waive more fees when you link your business account to a consumer account
Good news. Starting November 17, we will waive fees for Money Orders, Traveler Checks,
Cashier Checks and Counter Checks, if:
- You have Chase BusinessSelect Checking(R), Chase BusinessClassic(SM) Checking or
Chase Total Business Checking (SM), and
- You link that account to a qualifying Chase consumer checking account
Please visit a branch or call the number on this statement if you have any questions.

## Agreement Updates for Deposit Accounts and Chase Liquid® Cards

As of November 17, 2013, we are updating your agreement, including:

- Clarification of how mobile phone numbers may be used if you provide your mobile number to us. You may contact us anytime to change your contact preferences.
- Information about new, innovative technology that we are beginning to install in our branches. This includes Express Banking kiosks that function similar to ATMs.
- Enhancements to our Stop Payment process to allow you more flexibility in placing stop payments on recurring payments.

All other terms and conditions remain the same. For a copy of your agreement, log on to chase.com or visit a branch. If you have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## CHECKING SUMMARY | Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $10,981.13 |
| Deposits and Additions | 95 | 259,523.93 |
| Checks Paid | 3 | - 8,659.59 |
| ATM & Debit Card Withdrawals | 49 | - 21,200.56 |
| Electronic Withdrawals | 26 | - 57,450.71 |
| Fees and Other Withdrawals | 18 | - 101,567.15 |
| Ending Balance | 191 | $81,627.05 |

*188,278.01*



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/01 | Deposit | |
| 11/01 | Deposit | $271.25 |
| 11/01 | Deposit | 215.00 |
| 11/01 | Deposit | 83.82 |
| 11/01 | Paymentech    Deposit  5169720      CCD ID: 1020401225 | 74.05 |
| 11/01 | American Express Settlement 5021111257     CCD ID: 1134992250 | 1,236.50 |
| 11/04 | Card Purchase Return    11/01 The Home Depot 486 Tucson AZ Card 8206 | 63.54 |
| 11/04 | Deposit   _Insurance   See attached copy of chk_ | 60.54 |
| 11/04 | Deposit | 138,823.00 |
| 11/04 | Deposit | 212.72 |
| 11/04 | Deposit | 34.23 |
| 11/04 | Alliance Pmd    Payment   Abd1-Abd1200001 CCD ID: 9000000052 | 15.65 |
| 11/04 | Paymentech    Deposit  5169720      CCD ID: 1020401225 | 23,721.75 |
| 11/04 | Paymentech    Deposit  5169720      CCD ID: 1020401225 | 1,762.40 |
| 11/04 | Paymentech    Deposit  5169720      CCD ID: 1020401225 | 1,156.35 |
| 11/04 | American Express Settlement 5021111257     CCD ID: 1134992250 | 983.55 |
| 11/04 | American Express Settlement 5021111257     CCD ID: 1134992250 | 145.03 |
| 11/05 | Paymentech    Deposit  5169720      CCD ID: 1020401225 | 30.41 |
| 11/05 | American Express Settlement 5021111257     CCD ID: 1134992250 | 440.25 |
| 11/05 | Paymentech    Chargeback 5169720      CCD ID: 1020401225 | 128.29 |
| 11/06 | Paymentech    Deposit  5169720      CCD ID: 1020401225 | 31.90 |
| 11/06 | American Express Settlement 5021111257     CCD ID: 1134992250 | 693.85 |
| 11/07 | Paymentech    Deposit  5169720      CCD ID: 1020401225 | 245.34 |
| 11/08 | Paymentech    Deposit  5169720      CCD ID: 1020401225 | 656.75 |
| 11/08 | American Express Settlement 5021111257     CCD ID: 1134992250 | 874.95 |
| 11/12 | Deposit | 54.52 |
| 11/12 | Deposit | 1,073.00 |
| 11/12 | Deposit | 347.00 |
| 11/12 | Deposit | 298.65 |
| 11/12 | Deposit | 272.25 |
| 11/12 | Deposit | 120.00 |
| 11/12 | Deposit | 115.65 |
| 11/12 | Deposit | 97.75 |
| 11/12 | Deposit | 89.05 |
| 11/12 | Deposit | 82.80 |
| 11/12 | Deposit | 61.50 |
| 11/12 | Paymentech    Deposit  5169720      CCD ID: 1020401225 | 1,897.05 |
| 11/12 | Paymentech    Deposit  5169720      CCD ID: 1020401225 | 1,079.55 |
| 11/12 | Paymentech    Deposit  5169720      CCD ID: 1020401225 | 712.00 |
| 11/12 | American Express Settlement 5021111257     CCD ID: 1134992250 | 469.65 |
| 11/12 | American Express Settlement 5021111257     CCD ID: 1134992250 | 341.56 |
| 11/12 | American Express Settlement 5021111257     CCD ID: 1134992250 | 279.54 |
| 11/13 | Paymentech    Deposit  5169720      CCD ID: 1020401225 | 124.86 |
| 11/13 | American Express Settlement 5021111257     CCD ID: 1134992250 | 919.60 |
| 11/14 | Deposit   _Geyser_ | 118.93 |
| 11/14 | Deposit | 14,401.25 |
| 11/14 | Deposit | 160.65 |
| | | 81.45 |

# CHASE ⬤

## DEPOSITS AND ADDITIONS    *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 11/14 | Alliance Pmd   Payment   Abd1-Abd1200001 CCD ID: 9000000052 | |
| 11/14 | Paymentech   Deposit   5169720    CCD ID: 1020401225 | 18,569.25 |
| 11/14 | American Express Settlement 5021111257    CCD ID: 1134992250 | 1,454.80 |
| 11/15 | Deposit | 35.22 |
| 11/15 | Paymentech   Deposit   5169720    CCD ID: 1020401225 | 202.20 |
| 11/15 | American Express Settlement 5021111257    CCD ID: 1134992250 | 1,256.70 |
| 11/18 | Card Purchase Return    11/18 Travres*Hotels.Com 877-283-5585 WA Card 8206 | 19.73 |
| 11/18 | Deposit    1154822285 | 1,859.00 |
| 11/18 | Deposit | 1,315.00 |
| 11/18 | Deposit    1154822284 | 144.70 |
| 11/18 | Paymentech   Deposit   5169720    CCD ID: 1020401225 | 133.91 |
| 11/18 | Paymentech   Deposit   5169720    CCD ID: 1020401225 | 2,177.20 |
| 11/18 | Paymentech   Deposit   5169720    CCD ID: 1020401225 | 1,422.95 |
| 11/18 | American Express Settlement 5021111257    CCD ID: 1134992250 | 1,053.40 |
| 11/18 | American Express Settlement 5021111257    CCD ID: 1134992250 | 828.98 |
| 11/19 | Paymentech   Deposit   5169720    CCD ID: 1020401225 | 252.34 |
| 11/19 | American Express Settlement 5021111257    CCD ID: 1134992250 | 702.95 |
| 11/20 | Alliance Pmd   Payment   Abd1-Abd1200001 CCD ID: 9000000052 | 173.64 |
| 11/20 | Paymentech   Deposit   5169720    CCD ID: 1020401225 | 8,228.00 |
| 11/20 | American Express Settlement 5021111257    CCD ID: 1134992250 | 696.85 |
| 11/21 | Paymentech   Deposit   5169720    CCD ID: 1020401225 | 42.84 |
| 11/22 | Deposit    1154822286 | 1,002.05 |
| 11/22 | Deposit | 1,243.00 |
| 11/22 | Deposit | 268.10 |
| 11/22 | Deposit | 135.64 |
| 11/22 | Deposit | 117.99 |
| 11/22 | Paymentech   Deposit   5169720    CCD ID: 1020401225 | 66.35 |
| 11/22 | American Express Settlement 5021111257    CCD ID: 1134992250 | 1,368.30 |
| 11/25 | Paymentech   Deposit   5169720    CCD ID: 1020401225 | 81.49 |
| 11/25 | Paymentech   Deposit   5169720    CCD ID: 1020401225 | 1,951.75 |
| 11/25 | Paymentech   Deposit   5169720    CCD ID: 1020401225 | 1,194.55 |
| 11/25 | American Express Settlement 5021111257    CCD ID: 1134992250 | 924.45 |
| 11/25 | American Express Settlement 5021111257    CCD ID: 1134992250 | 678.08 |
| 11/26 | Card Purchase Return    11/25 Ferguson Ent #624 520-792-1700 AZ Card 1216 | 100.06 |
| 11/26 | Deposit | 12.21 |
| 11/26 | Deposit | 239.05 |
| 11/26 | Deposit | 124.20 |
| 11/26 | Paymentech   Deposit   5169720    CCD ID: 1020401225 | 57.85 |
| 11/26 | American Express Settlement 5021111257    CCD ID: 1134992250 | 459.55 |
| 11/27 | Alliance Pmd   Payment   Abd1-Abd1200001 CCD ID: 9000000052 | 88.53 |
| 11/27 | Paymentech   Deposit   5169720    CCD ID: 1020401225 | 10,447.80 |
| 11/27 | American Express Settlement 5021111257    CCD ID: 1134992250 | 573.65 |
| 11/29 | Deposit | 81.97 |
| 11/29 | Deposit | 228.19 |
| 11/29 | Paymentech   Deposit   5169720    CCD ID: 1020401225 | 145.80 |
| | | 1,067.45 |

# CHASE ⬡

## DEPOSITS AND ADDITIONS    (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/29 | Paymentech    Deposit   5169720    CCD ID: 1020401225 | |
| 11/29 | American Express Settlement 5021111257    CCD ID: 1134992250 | 1,061.25 |
| 11/29 | American Express Settlement 5021111257    CCD ID: 1134992250 | 56.93 |
| Total Deposits and Additions | | 19.25 |
| | | $259,523.93 |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 5788 ^ | | 11/15 | $1,168.74 |
| 5796 * ^ | | 11/14 | 101.61 |
| 5811 * ^ | | 11/22 | 7,389.24 |
| Total Checks Paid | | | $8,659.59 |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Card Purchase        10/30 The Home Depot 486 Tucson AZ Card 8206 | |
| 11/01 | Card Purchase        10/31 Protection 1 800-4384357 KS Card 1216 | $79.90 |
| 11/04 | Card Purchase        11/01 The Home Depot 486 Tucson AZ Card 8206 | 132.55 |
| 11/05 | Card Purchase        11/04 Amazon.Com Amzn.Com/Bill WA Card 7783 | 10.79 |
| 11/05 | Card Purchase        11/04 Amazon.Com Amzn.Com/Bill WA Card 7783 | 23.04 |
| 11/05 | Card Purchase        11/05 Amazon.Com Amzn.Com/Bill WA Card 7783 | 25.68 |
| 11/05 | Card Purchase With Pin  11/05 Jetro Holdings LLC Tucson AZ Card 1216 | 25.68 |
| 11/06 | Card Purchase        11/04 Valero 1714 Tucson AZ Card 1216 | 10.27 |
| 11/06 | Card Purchase        11/05 Amazon.Com Amzn.Com/Bill WA Card 7783 | 41.90 |
| 11/06 | Recurring Card Purchase 11/06 Central Mutual Insura 800-736-7000 OH Card 1216 | 52.92 |
| 11/06 | Recurring Card Purchase 11/06 Central Mutual Insura 800-736-7000 OH Card 1216 | 1,085.92 |
| 11/06 | Recurring Card Purchase 11/05 Ameriprise Ins Auto ID 800-5352001 WI Card 1216 | 741.00 |
| 11/06 | Recurring Card Purchase 11/06 Dtv*Directv Service 800-347-3288 CA Card 1216 | 544.20 |
| 11/07 | Card Purchase        11/06 Valueline Transportat 203-509-2018 CT Card 1216 | 94.94 |
| 11/08 | Card Purchase With Pin  11/08 Quiktrip Tucson AZ Card 1216 | 5,990.00 |
| 11/08 | Card Purchase With Pin  11/08 Usps 0388850743 Tucson AZ Card 1216 | 54.92 |
| 11/12 | Card Purchase        11/08 Int*Jones Photo, Inc. Tucson AZ Card 1216 | 10.60 |
| 11/12 | Card Purchase        11/09 Hns*Hughesnet.Com 866-347-3292 MD Card 1216 | 80.70 |
| 11/12 | Card Purchase        11/09 Samsclub 6692 Gas Tucson AZ Card 8206 | 69.99 |
| 11/13 | Card Purchase        11/12 Protection 1 800-4384357 KS Card 1216 | 67.00 |
| 11/13 | Card Purchase        11/13 Travres*Hotels.Com 877-283-5585 WA Card 8206 | 61.67 |
| 11/13 | Card Purchase With Pin  11/13 Jetro Holdings LLC Tucson AZ Card 1216 | 1,659.00 |
| 11/14 | Card Purchase        11/12 Valero 1714 Tucson AZ Card 1216 | 83.59 |
| 11/14 | Card Purchase        11/13 Paf Shipping.Com 800-5410700 CA Card 1216 | 35.16 |
| 11/14 | Card Purchase With Pin  11/14 Office Max 6228 East B Tucson AZ Card 1216 | 750.21 |
| | | 43.39 |

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/14 | Card Purchase With Pin  11/14 Office Max 6228 East B Tucson AZ Card 1216 | 65.97 |
| 11/14 | Recurring Card Purchase 11/13 Fedex 90351928 800-4633339 TN Card 8206 | 677.32 |
| 11/15 | Card Purchase           11/14 Handmaker Jewish Servic Tucson AZ Card 8206 | 2,000.00 |
| 11/15 | Card Purchase With Pin  11/15 Autozone 2733 Tucson AZ Card 1216 | 25.91 |
| 11/15 | Card Purchase With Pin  11/15 Oreilly Auto Parts 297 Tucson AZ Card 1216 | 21.37 |
| 11/18 | Card Purchase           11/15 Refractories West Inc 719-250-4110 CO Card 8206 | 517.03 |
| 11/18 | Card Purchase           11/15 Merle's Auto Supply Tucson AZ Card 1216 | 34.31 |
| 11/18 | Card Purchase With Pin  11/17 Fedex 797174415103 800-4633339 TN Card 1216 | 31.03 |
| 11/19 | Card Purchase           11/16 Urban Outfitter Urban Tucson AZ Card 1216 | 134.04 |
| 11/19 | Card Purchase           11/18 Qt 1453      91014530 Tucson AZ Card 8206 | 73.50 |
| 11/20 | Card Purchase With Pin  11/19 Central Purchasing LLC Tucson AZ Card 1216 | 20.51 |
| 11/20 | Card Purchase           11/18 Consolidated Welding & Tucson AZ Card 1216 | 53.08 |
| 11/20 | Card Purchase           11/19 Ferguson Ent #624 520-792-1700 AZ Card 1216 | 181.17 |
| 11/20 | Recurring Card Purchase 11/19 Safeway  Store00002501 Tucson AZ Card 7783 | 338.80 |
| 11/21 | Card Purchase           11/20 Dtv*Directv Service 800-347-3288 CA Card 1216 | 255.90 |
| 11/22 | Card Purchase           11/20 Ferguson Ent #624 520-792-1700 AZ Card 1216 | 132.39 |
| 11/25 | Card Purchase With Pin  11/22 Wal Wal-Mart Store 742 Tucson (E) AZ Card 1216 | 38.78 |
| 11/25 | Card Purchase           11/18 Univar USA Inc 989-9999999 WA Card 8206 | 3,305.75 |
| 11/26 | Card Purchase           11/22 Valero 1714 Tucson AZ Card 1216 | 40.83 |
| 11/27 | Card Purchase           11/25 Nadines Bakery Tucson AZ Card 1216 | 33.75 |
| 11/27 | Card Purchase           11/26 Ferguson Ent #624 520-792-1700 AZ Card 1216 | 229.44 |
| 11/29 | Card Purchase           11/26 Ferguson Ent #670 520-795-0296 AZ Card 1216 | 21.43 |
| 11/29 | Card Purchase           11/27 Qt 1479      91014795 Tucson AZ Card 7783 | 77.01 |
|  | Card Purchase           11/27 Jack Furrier Tireauto 5 Tucson AZ Card 7783 | 916.22 |
| **Total ATM & Debit Card Withdrawals** | | |

$21,200.56

## ATM & DEBIT CARD SUMMARY

Patricia S Counts  Card 1216

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $11,150.92 |
| Total Card Deposits & Credits | $12.21 |

James C Counts  Card 7783

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,459.35 |
| Total Card Deposits & Credits | $0.00 |

James C Counts  Card 8206

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $8,590.29 |
| Total Card Deposits & Credits | $1,919.54 |



ATM & Debit Card Totals

| | | |
|---|---|---|
| Total ATM Withdrawals & Debits | | $0.00 |
| Total Card Purchases | | $21,200.56 |
| Total Card Deposits & Credits | | $1,931.75 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Compupay, Inc   Tax Col  003074361     CCD ID: 1592022495 | $3,509.61 |
| 11/01 | Compupay, Inc   Wc Debits 003-074361     CCD ID: 5592022495 | 248.67 |
| 11/04 | Paymentech   Fee   5169720     CCD ID: 1020401225 | 838.65 |
| 11/05 | 11/05 Fedwire Debit Via: Umpqua Bank/123205054 A/C: Jv Northwest Inc Imad: 1105B1Qgc04C001643 Trn: 4710400308Es | 10,000.00 |
| 11/05 | Aflac     Insurance Rn430883658     CCD ID: 2580663085 | 357.65 |
| 11/06 | Rewards Network  Settlement 24739-020737673 CCD ID: 9000009744 | 372.47 |
| 11/06 | Cox Enterprises  Broadband 2205133     Web ID: 0000178541 | 343.37 |
| 11/06 | Verizon Wireless Payments     PPD ID: 4223344794 | 135.98 |
| 11/07 | 11/07 Online Payment 3520864272 To Chase Auto Finance | 737.94 |
| 11/07 | Aetna Sm Grp   Cip Sm Grp 84777481     CCD ID: 7066033492 | 2,054.00 |
| 11/07 | Achivr Visb   Bill Pymnt 7190716     Tel ID: 0000751800 | 306.94 |
| 11/07 | Waste Management 8668342080 100155493620   CCD ID: 2760659309 | 221.13 |
| 11/12 | Excise Tax Retur Payment   0000     CCD ID: 2010000313 | 7,582.12 |
| 11/12 | Excise Tax Retur Payment   0000     CCD ID: 2010000313 | 7,111.72 |
| 11/12 | Excise Tax Retur Payment   0000     CCD ID: 2010000313 | 6,393.39 |
| 11/12 | Excise Tax Retur Payment   0000     CCD ID: 2010000313 | 4,983.65 |
| 11/12 | Excise Tax Retur Payment   0000     CCD ID: 2010000313 | 4,298.77 |
| 11/13 | Rewards Network  Settlement 24761-020749754 CCD ID: 9000009744 | 520.66 |
| 11/14 | 11/14 Online Payment 3587930132 To City of Tucson AZ Utility Servs | 1,606.26 |
| 11/14 | 11/14 Online Payment 3587930134 To Comcast | 357.23 |
| 11/18 | Compupay, Inc   Tax Col  003074361     CCD ID: 1592022495 | 3,477.11 |
| 11/18 | Compupay, Inc   Wc Debits 003-074361     CCD ID: 5592022495 | 200.57 |
| 11/18 | Compupay Billing Miramar AR 003 74361     CCD ID: 1592022495 | 106.60 |
| 11/20 | Rewards Network  Settlement 24785-020761559 CCD ID: 9000009744 | 817.06 |
| 11/20 | Central Ins Cos  Insur Prem     PPD ID: 1344202560 | 173.50 |
| 11/27 | Rewards Network  Settlement 24809-020773410 CCD ID: 9000009744 | 695.66 |
| **Total Electronic Withdrawals** | | **$57,450.71** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/01 | Chase ACH Payments Monthly Fee | | $25.00 |
| 11/01 | List Posted Items Quantity | 7 | 6,112.76 |
| 11/04 | List Posted Items Quantity | 9 | 4,644.74 |
| 11/05 | Outgoing Domestic Wire Fee | | 30.00 |
| 11/05 | List Posted Items Quantity | 3 | 1,144.91 |
| 11/06 | List Posted Items Quantity | 4 | 13,234.63 |
| 11/07 | List Posted Items Quantity | 5 | 10,149.00 |
| 11/08 | List Posted Items Quantity | 6 | 9,081.72 |

Case 4:12-bk-08122-SHG   Doc 150   Filed 12/26/13   Entered 12/26/13 10:37:00   Desc
Main Document    Page 28 of 33

# CHASE ⬤

## FEES AND OTHER WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/12 | List Posted Items Quantity | 10 | |
| 11/18 | List Posted Items Quantity | 18 | 16,172.45 |
| 11/19 | List Posted Items Quantity | 4 | 13,326.64 |
| 11/20 | List Posted Items Quantity | 2 | 744.51 |
| 11/21 | List Posted Items Quantity | 2 | 470.84 |
| 11/25 | List Posted Items Quantity | 2 | 990.36 |
| 11/26 | List Posted Items Quantity | 5 | 1,285.62 |
| 11/27 | List Posted Items Quantity | 3 | 22,698.00 |
| 11/29 | Service Fee | | 1,081.46 |
| 11/29 | List Posted Items Quantity | 2 | 23.20 |
| | Total Fees & Other Withdrawals | | 351.31 |
| | | | **$101,567.15** |

Chase BusinessSelect Checking allows up to 200 debits, credits, and deposited items per statement period. Your transaction total for this statement period was 258 and excessive transaction fees were applied. If this level of activity is typical, please contact us so that we can explore other product options for your business.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 11/01 | $2,816.80 | 11/18 | 90,426.60 |
| 11/04 | 164,268.25 | 11/19 | 90,464.67 |
| 11/05 | 153,251.46 | 11/20 | 97,142.01 |
| 11/06 | 137,543.32 | 11/21 | 97,021.31 |
| 11/07 | 118,741.06 | 11/22 | 92,874.16 |
| 11/08 | 110,523.29 | 11/25 | 93,090.85 |
| 11/12 | 71,225.36 | 11/26 | 71,340.49 |
| 11/13 | 69,738.97 | 11/27 | 80,415.92 |
| 11/14 | 100,804.44 | 11/29 | 81,627.05 |
| 11/15 | 99,067.05 | | |

## SERVICE CHARGE SUMMARY

You were not charged a monthly service fee this month. Your monthly service fee can continue to be waived in five different ways during any statement period:
* Maintain an average daily balance of $7,500.00. Your average daily balance was $90,479.00. OR
* Maintain a relationship balance of $25,000.00 or more during the statement period. Your relationship balance was $88,042.00. OR
* Link a qualifying personal checking account to your Chase BusinessSelect Checking account. Your Premier Plus personal checking account is linked. OR
* Spend at least $1,000.00 on a linked Chase Business Credit Card. You spent $0.00. OR
* Pay at least $50.00 in qualifying checking-related services or fees. You paid $78.20.

See your Account Rules and Regulations or stop in to see a banker today to find out more.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 157 |
| Deposits / Credits | 92 |
| Deposited Items | 9 |
| **Transaction Total** | **258** |

Case 4:12-bk-08122-SHG   Doc 150   Filed 12/26/13   Entered 12/26/13 10:37:00   Desc
Main Document       Page 29 of 33

# CHASE ⬡

## SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | |
|---|---|
| Service Fee | AMOUNT |
| Service Fee Credit | $17.00 |
| Net Service Fee | -$17.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| Total Service Fees | $23.20 |
| | $23.20 |

| CASH PROCESSING | |
|---|---|
| Cash Deposits Immediate Verification | AMOUNT |
| Cash Deposits Post Verification/Night Drop | $3,823.00 |
| Cash Deposits Total | $0.00 |
| Cash Deposits Allowed | $3,823.00 |
| Excess Cash Deposits | $7,500.00 |
| | $0.00 |

## IMAGES

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



003790684171 NOV 15 #0000005788 $1,168.74

008470141449 NOV 14 #0000005796 $101.61

007090397141 NOV 22 #0000005811 $7,389.24



## BALANCING YOUR CHECKBOOK

Note: Ensure your checkbook register is up to date with all transactions to date whether they are included on your statement or not.

1. Write in the Ending Balance shown on this statement:          Step 1 Balance: $_____

2. List and total all deposits & additions not shown on this statement:

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                Step 2 Total:  $_____

3. Add Step 2 Total to Step 1 Balance.                          Step 3 Total:  $_____

4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                Step 4 Total:  -$_____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:  $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC



This Page Intentionally Left Blank

Case 4:12-bk-08122-SHG   Doc 150   Filed 12/26/13   Entered 12/26/13 10:37:00   Desc
Main Document      Page 32 of 33

**Liberty Mutual**
INSURANCE

| B CODE |
|--------|
| R07 |

| CHECK REFERENCE | CHECK DATE |
|-----------------|------------|
| 1009862065 | 10/30/13 |
| CHECK AMOUNT | |
| ****$138,823.00 | BLOCK NUMBER |
| | 000159 |

PAGE   1 OF   1

LOSS DATE 02/25/12

CASE #   404782130

AGENT NAME   CAL INSURANCE & ASSOCIATES INC.
AGENT NUMBER 4295097

CLAIM REP:        BRIAN DEBROWSKI
CLAIM REP PHONE: 8004282100

PAYEE: NIMBUS BREWING COMPANY LLC

PAYEE ADDRESS:
3850 EAST 44TH STREET #138
TUCSON AZ 85713

| INSURED/CLAIMANT NAME | CASE # | PAYABLE | POLICY |
|-----------------------|--------|---------|--------|
| NIMBUS BREWING COMPANY LLC | 404782130 | 138,823.00 | 9046786 |

REMARKS: FULL AND FINAL PAYMENT FOR BI CLAIM

TOTAL AMOUNT:        $138,823.00

※ insurance payment claim

CAREFULLY DETACH CHECK BEFORE DEPOSITING - RETAIN STATEMENT FOR YOUR RECORDS